# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147523-7 & (82)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GLEN PATRICK ANTHONY,
      Defendant-Appellant.

SC: 147523-7
COA: 300212, 300264,
308204, 308205, 308212
Wayne CC: 10-000980-FC,
09-020264-FC, 09-019855-FC,
09-019858-FC, 09-019866-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the June 11, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Earl* (Docket No. 145677) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



d0127

                    Clerk